\*\* E-filed June 29, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KOSMIX CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHPRICER INTERACTIVE LIMITED, et al.,<br><br>    Defendants.<br>_____/ | No. C10-04843 HRL<br><br>**CASE MANAGEMENT SCHEDULING ORDER AND ORDER TO SHOW CAUSE WHY DEFENDANT'S ANSWER SHOULD NOT BE STRICKEN** |

The order that follows is based on the discussion at the June 28, 2011 Case Management Conference and the previously filed Joint Case Management Statement.

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties have agreed to mediation for purposes of ADR. However, if the case has not settled, the parties shall contact the chambers of Magistrate Judge Grewal well in advance of the Pretrial Conference to arrange a Settlement Conference to take place prior to the Pretrial Conference.

The following schedule shall also apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | December 2, 2011 |
| Designation of Experts with Reports | December 16, 2011 |

| | |
|---|---|
| Designation of Rebuttal Experts with Reports | December 30, 2011 |
| Expert Discovery Cutoff | January 20, 2012 |
| Last Day for Hearings on Dispositive Motions | March 27, 2012 at 10:00 a.m. |
| Final Pretrial Conference | July 31, 2012 at 1:30 p.m. |
| Jury Trial | August 6, 2012 |

In the event discovery disputes arise, the parties shall comply with this court's "Standing Order re: Civil Discovery Disputes," which sets forth the applicable requirements and procedures for filing Discovery Dispute Joint Reports rather than noticed discovery motions.[1] Parties seeking to compel fact discovery must file a Joint Report no later than seven days after the Fact Discovery Cutoff, and parties seeking to compel expert discovery must file a Joint Report no later than seven days after the Expert Discovery Cutoff. See N.D. Cal. Civ. R. 37-3.

Furthermore, the parties shall comply with the court's "Standing Order re: Pretrial Preparation" with respect to the timing and content of the Joint Pretrial Statement and other pretrial submissions.

In addition, defendant Healthpricer Interactive Limited is ORDERED to appear on **September 20, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113 and show cause why its answer should not be stricken because it was signed by Graeme Wright, Vice President of Finance, but, as a business entity, it may only proceed in this court through an attorney. See Civ. L.R. 3-9(b).

**IT IS SO ORDERED.**

Dated: June 29, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

**C10-04843 HRL Notice will be electronically mailed to:**

Nils Rosenquest                nrosenquest@earthlink.net, rosenquest@earthlink.net
Susan Alison Bush              rosenquestlaw@earthlink.net

**See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Healthpricer Interactive Limited
Attn: Graeme Wright
VP Finance
704-595 Howe Street
Vancouver BC Canada, V6C2T5

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**