\*\* E-filed September 20, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KOSMIX CORPORATION, | No. C10-04843 HRL |
| Plaintiff, | **ORDER STRIKING DEFENDANT'S ANSWER AND SETTING STATUS CONFERENCE** |
| v. | |
| HEALTHPRICER INTERACTIVE LIMITED, et al., | **[Re Docket No. 5]** |
| Defendants. | |

Defendant Healthpricer Interactive Ltd. ("Healthpricer") appeared in this action on December 8, 2010 by filing an Answer and purporting to proceed pro se. Docket No. 5. As a corporation, Healthpricer is required to appear before this court through counsel. Civ. L.R. 3-9(b). The court notified Defendant of this fact and ordered it to appear on September 20, 2011 to show cause why its answer should not be stricken because it was signed by Graeme Wright, Vice President of Finance for Healthpricer Interactive Ltd., instead of by an attorney. Docket No. 19. Healthpricer failed to appear at the September 20 hearing. See Docket. No. 22.

Therefore, Healthpricer having failed to show cause why its answer should not be stricken, the answer is STRICKEN from the record. Healthpricer may file a new answer within **20 days** of the date of this order. Such answer **must** be signed by counsel pursuant to Civ. L.R. 3-9 and Healthpricer **must** appear through counsel in all further appearances before this court.

1  A status conference shall be set for **November 22, 2011, at 10:00 a.m.** in Courtroom 2, 5th
2  Floor, United States District Court, 280 South First Street, San Jose, California, 95113. Counsel for
3  all parties shall appear and explain the current status of this case.

**IT IS SO ORDERED.**

Dated: September 20, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**C10-04843 HRL Notice will be electronically mailed to:**

Nils Rosenquest                  nrosenquest@earthlink.net, rosenquest@earthlink.net
Susan Alison Bush             rosenquestlaw@earthlink.net

**See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Healthpricer Interactive Limited
Attn: Graeme Wright
VP Finance
704-595 Howe Street
Vancover BC Canada, V6C2T5

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3