**\*\* E-filed November 29, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KOSMIX CORPORATION, | No. C10-04843 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| HEALTHPRICER INTERACTED LIMITED; et al., | |
| Defendants. | |

The court is informed that the parties have reached a settlement. Accordingly, all pending case management appearances are vacated. All parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, CA 95113 on **January 17, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **January 10, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement. If a dismissal or stipulated judgment is filed, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: November 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-04843 Notice will be electronically mailed to:**

Nils Rosenquist          nrosenquest@earthlink.net
Susan Alison Bush        rosenquestlaw@earthlink.net

**Notice will be provided by mail to:**

Graeme Wright
704-595 Howe Street
Vancouver BC Canada V6C2T5

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2